

# Supreme Court of Missouri

## en banc

July 5, 2007

In re: Norvel E. Brown, Jr.      )
                                          ) MBE No. 26503
      Respondent.             ) Supreme Court No. SC88622

### ORDER

    It appearing to the Court that Norvel E. Brown, Jr., pled guilty in the United States District Court, Eastern District of Missouri, to one felony count of wire fraud in violation of 18 USC 1343 and 2 and one felony count of theft from an Employee Benefit Plan in violation of 18 USC 664; and

    The aforesaid judgment of conviction now being final; and

    The Chief Disciplinary Counsel having moved the Court pursuant to Rule 5.21(c) for an order of final discipline of said Norvel E. Brown, Jr., and praying that the same be administered without the requirement of any other proceeding;

    Now, therefore, it is ordered by the Court that the said Norvel E. Brown, Jr., be, and he is hereby, disbarred, that his right and license to practice law in the State of Missouri is cancelled, and that his name be stricken from the roll of attorneys in this State.

    It is further ordered that the said Norvel E. Brown, Jr., comply in all respects with 5.27 - Notification of Clients and Counsel.

    Costs taxed to Respondent.

Day - to - Day

_____
William Ray Price, Jr.
Acting Chief Justice

STATE OF MISSOURI – SCT.:

    I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 5th day of July, 2007, as fully as the same appears of record in my office.

    IN TESTIMONY WHEREOF, *I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 5th day of July, 2007.*

_____, Clerk

_____, D.C.