# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400    FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

July 6, 2007

In Re:    Norvel E. Brown, Jr.
           MO Bar #26503
           483 South Kirkwood 165
           Kirkwood, MO 63122

Enclosed Order of the Missouri Supreme Court dated July 5, 2007.

Case: **4:07-mc-00390**
Assigned To : **Jackson, Carol E.**
Assign. Date : **7/23/2007**
Description: **In Re: Norvel E. Brown, Jr.**

1