## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| IN THE MATTER OF: | ) ) ) ) |
|  | ) 4: 07 MC 390 CEJ |
| NORVEL E. BROWN, JR. | ) ) ) |

### ORDER

This Court has been advised by receipt of a certified copy of the July 5, 2007 order of the Supreme Court of Missouri, entered in **In re: Norvel E. Brown, Jr.**, Cause No. 88622, indicating that Norvel E. Brown, Jr. has been disbarred from the practice of law by the Supreme Court of Missouri.

Norvel E. Brown, Jr. has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated July 24, 2007 directing Norvel E. Brown, Jr. to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail sent to Respondent's last known address. Proof of delivery was filed in the record on July 30, 2007 indicating a delivery date of July 28, 2007. No response has been filed by Mr. Brown. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Norvel E. Brown, Jr., pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Norvel E. Brown, Jr. be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 28th day of September, 2007.

BY THE COURT:

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey