# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-9013

In re: Norvel E. Brown Jr.

## ORDER ON ATTORNEY DISCIPLINE

There has been no response to the court's show cause order of September 25, 2007, requiring Norvel E. Brown, Jr. to show cause as to why his name should not be stricken from the roll of attorneys of this court and his membership in the Bar of the court forfeited.

The clerk of the court is, accordingly, hereby directed to strike the name of Norvel E. Brown, Jr. from the roll of attorneys.

November 19, 2007

Order Entered at the Direction of Chief Judge James B. Loken:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans